MORRIS BREITMAN et al., appellants,

*v.*

HENRY JAEHNEL et al., respondents.

[Decided January 31st, 1927.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Berry, whose opinion is reported in *99 N. J. Eq. 243.*

*Mr. Benjamin Newman,* for the appellants.

*Messrs. Edward A. & William A. Schilling,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, MINTURN, KALISCH, BLACK, CAMPBELL, KAYS, JJ. 7.

*For reversal*—KATZENBACH, LLOYD, McGLENNON, HETFIELD, JJ. 4.